**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BARRON JACKSON,<br><br>    Plaintiff,<br><br> v.<br><br>GOVERNMENT OF DISTRICT OF COLUMBIA, *et al.*,<br><br>    Defendants. | Civil Action No. 12-1948 (ABJ/DAR) |
| IRMA FLORES,<br><br>    Plaintiff,<br><br> v.<br><br>GOVERNMENT OF DISTRICT OF COLUMBIA, *et al.*,<br><br>    Defendants. | Civil Action No. 12-1989 (ABJ/DAR) |
| TOSHIA HODGES,<br><br>    Plaintiff,<br><br> v.<br><br>GOVERNMENT OF DISTRICT OF COLUMBIA, *et al.*,<br><br>    Defendants. | Civil Action No. 12-1900 (ABJ/DAR) |

| | |
|---|---|
| RASHEED HAMMOND,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GOVERNMENT OF DISTRICT OF<br>COLUMBIA, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 12-1990 (ABJ/DAR) |

## **ORDER**

These consolidated actions were referred to this court for further consideration of Defendants' Motion to Compel and to Show Cause Regarding the Protective Order and Protection of Confidential Information (Document Nos. 41, 45, 52, 43); *see also* Order (Document Nos. 49, 53, 60, 51). For the reasons set forth on the record during the status hearing conducted on April 28, the evidentiary hearing previously requested by Defendants, and contemplated by the court (Facciola, J.), will not proceed. With respect to Defendants' request for an award of attorneys' fees – characterized by Defendants as the sole remaining issue – briefing shall proceed in accordance with the following schedule:

● By no later than May 28, 2015, Defendants shall file either (1) a motion for an award of attorneys' fees supported by a memorandum of applicable points and authorities, or, alternatively, (2) a notice that no such motion will be filed.

● By no later than July 31, 2015, Plaintiffs shall file their opposition to any timely filed motion.

● By no later than August 31, 2015, Defendants shall file their reply to any timely filed opposition.

With respect to Plaintiffs' request for an award of attorney's fees – characterized by Plaintiffs as the sole remaining issue – briefing shall proceed in accordance with the following schedule:

● By no later than September 30, 2015, Plaintiffs shall file either (1) a motion for an award of attorney's fees supported by a memorandum of applicable points and authorities, or, alternatively, (2) a notice that no such motion will be filed.

● By no later than November 13, 2015, Defendants shall file their opposition to any timely filed motion.

● By no later than December 11, 2015, Plaintiffs shall file their reply to any timely filed opposition.

**SO ORDERED.**

Date: April 29, 2015

_____/s/_____
DEBORAH A. ROBINSON
United States Magistrate Judge